Print

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 12-4029

A.G., et al. vs. Lower Merion School District

## ENTRY OF APPEARANCE

Please the list names of **all** parties represented, using additional sheet(s) if necessary:

Association of Black Psychologists

Indicate the party's role IN THIS COURT (check <u>only</u> one):

____ Petitioner(s)   ____ Appellant(s)   ____ Intervenor(s)

____ Respondent(s)   ____ Appellee(s)   ✔ Amicus Curiae

(Type or Print) Counsel's Name: William T. McEnroe

✔ Mr.   ___ Ms.   ___ Mrs.   ___ Miss

Firm: Dechert LLP

Address: 2929 Arch Street

City, State, Zip Code: Philadelphia, PA 19104

Phone: (215) 994-4000   Fax: (215) 994-2222

**Primary E-Mail Address (required):** william.mcenroe@dechert.com

**Additional E-Mail Address (1):**
**Additional E-Mail Address (2):**
Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. **YOU ARE LIMITED TO TWO ADDITIONAL E-MAIL ADDRESSES.**

**SIGNATURE OF COUNSEL:** /s/ William T. McEnroe

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARANCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

*IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.*

This entry of appearance must be served on all parties.

REV. 10/16/09

# CERTIFICATE OF SERVICE

      I hereby certify that on May 13, 2013, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the Third Circuit's CM/ECF system, and served one paper copy, via first-class United States Mail, postage prepaid, upon the following persons:

Elizabeth N. Dewar, Esq.  
Ropes & Gray  
800 Boylston Street  
Prudential Tower  
Boston, MA 02199  

Michael D. Kristofco, Esq.  
Wisler Pearlstine  
460 Norristown Road  
Suite 110  
Blue Bell, PA 19422  

Sonja D. Kerr, Esq.  
Public Interest Law Center of Philadelphia  
1709 Benjamin Franklin Parkway  
United Way Building, 2nd Floor  
Philadelphia, PA 19103  

*Counsel for Appellee Lower Merion School District*

*Counsel for Appellants A.G., et al.*

Dated: May 13, 2013

/s/ William T. McEnroe  
William T. McEnroe

Counsel for *Amicus Curiae* the Association of Black Psychologists